■ H.B. SINGER, INC., Appellant, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION et al., Respondents.— Order, Supreme Court, New York County (Martin Stecher, J.), entered on December 11, 1987, unanimously affirmed for the

reasons stated by Martin Stecher, J., without costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.